# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH MAHON,<br><br>             Plaintiff,<br>      vs.<br><br>ROUNDPOINT MORTGAGE SERVICING CORPORATION; RBS FINANCIAL PRODUCTS, INC.; QUALITY LOAN SERVICE CORPORATION; and DOES 1 through 50, inclusive  and DOES 1-10 inclusive,<br><br>             Defendants. | Case No.:  2:15-CV-01724-WBS-EFB<br><br>*Assigned to the Honorable William B. Shubb*<br><br>**ORDER ON REQUEST TO APPEAR BY PHONE FOR HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br><br>**Hearing**<br>Date:     October 19, 2015<br>Time:    2:00 p.m.<br>Ctrm.:    5, 14th Floor<br><br>Complaint filed: July 7, 2015 |

Pursuant to the written request by counsel for Defendants, ROUNDPOINT MORTGAGE SERVICING CORPORATION; and RBS FINANCIAL PRODUCTS, INC., to telephonically attend the hearing for the Motion to Dismiss Complaint set for October 19, 2013, this Court hereby grants such request.

///

///

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY

1  The courtroom deputy shall email counsel with instructions on how to participate in the
2  telephone conference call.

3  **IT IS SO ORDERED**.

4  Dated:  September 28, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE