UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JUDITH MAHON,<br><br>    Plaintiff,<br><br>  v.<br>ROUNDPOINT MORTGAGE SERVICING CORPORATION; RBS FINANCIAL PRODUCTS, INC.; QUALITY LOAN SERVICE CORPORATION; and DOES 1 through 50, inclusive and DOES 1-10 inclusive,<br><br>    Defendants. | CIV. NO. 2:15-1724 WBS EFB<br><br><u>ORDER</u> |

----oo0oo----

    Presently before the court is defendants' motion to dismiss plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim on which relief can be granted. Plaintiff has failed to either respond to the motion or file a statement of non-opposition as required by the rules of this court.

    The hearing on the motion is therefore vacated, and counsel for plaintiff is ordered to show cause within 10 days

1

from the date of this Order why this action should not be dismissed with prejudice for lack of prosecution.

        IT IS SO ORDERED.

Dated:  October 16, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE