# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH MAHON,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ROUNDPOINT MORTGAGE SERVICING CORPORATION; RBS FINANCIAL PRODUCTS, INC.; QUALITY LOAN SERVICE CORPORATION; and DOES 1 through 50, inclusive  and DOES 1-10 inclusive,<br><br>                    Defendants. | Case No.:  2:15-CV-01724-WBS-EFB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

   The Court, having reviewed the Stipulation for Dismissal of Plaintiff, JUDITH MAHON ("Plaintiff"), and Defendants, ROUNDPOINT MORTGAGE SERVICING CORPORATION ("RoundPoint") and RBS FINANCIAL PRODUCTS, INC. ("RBS"), and for good cause appearing, hereby **ORDERS** that this action be, and the same hereby is, dismissed in its entirety as to all parties WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated:  October 19, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE